PROB 35
/
Rev. 5/01
Release

Report and Order Terminating Probation

Supervised

Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

2014 DEC -9 A 11: 27

UNITED STATES OF AMERICA

V.  1:11CR00135-001

JAMES M. ADKINS

On September 30, 2011, the above-named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that James M. Adkins be discharged from probation.

Respectfully submitted,

Christopher A. Doughtie, Sr.
United States Probation Officer Specialist

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 4th day of December, 2014.

J. Randal Hall
United States District Judge